# EXHIBIT A



FILED
CIVIL DIVISION

JUN 0 2 2025

Superior Court of the
District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION -- Civil Actions Branch**
**500 Indiana Avenue, N W , Suite 5000 Washington, D C  20001**
**Telephone  (202) 879-1133 Website  www dccourts gov**

*Eddie A CHAVEZ*  Plaintiff

vs

*Protoco/Sta/ffy Servic*  Defendant

Case No _2025~-PAB-003222_

## MOTION - (Pro-Se)

MOTION OF _Eddie A Chavez_  for  _In person hearing_

(State briefly what you want the Court to do) _request for in person hearing_
_to Confirm identities_

Printed name _Eddie A_

Signature _Eddie A Chavez_

Address _881 Colesville Rd APT 1117 Silvers Spring MD_
_20910_

Home phone no _202-904-0839_

Business phone no

## CERTIFICATE OF SERVICE

On _June 2_  20 _25_ I mailed this motion to all the lawyers in the case
the plaintiff(s) and the defendant(s) who do not have lawyers  as listed below

| Name _OCCASIONs Caterers_ | Name _Compass Group inc_ |
|---|---|
| Address _653 Taylor St NE_ _Washington DC  20017_ | Address _2400 Yorkmont Rd_ _Charlotte NC  28217_ |

_Eddie A Chavez_
Signature

## POINTS AND AUTHORITIES

( Write the reasons why the Court should grant your motion and include Court rules  laws and cases  if any  that support
your reasons )

_Reason for request is to Confirm defendants' identities_

_Eddie A. Chavez_
Signature



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N W , Suite 5000 Washington, D C  20001**
**Telephone  (202) 879-1133 Website  www dccourts gov**

*Plaintiff*

vs                                                        *Case No* _____

*Defendant*

## ORDER

Upon consideration of the motion _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 ____

### ORDERED

1   That the motion be, and it is hereby,        ☐ **Granted**        ☐ **Denied**

2   That _____

_____

_____

_____

_____

_____

_____

_____

Copies to

_____
Judge

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **EDDIE A. CHAVEZ,** | **Case No. 2025-CAB-003222** |
| **Plaintiff,** | **Judge Tanya M. Jones Bosier** |
| **v.** | **Next Event: Remote Initial Scheduling Conference on August 22, 2025 at 9:30 AM** |
| **COMPASS GROUP INC, *et al.*,** | |
| **Defendants.** | |

### ORDER DENYING MOTION FOR AN IN-PERSON HEARING

Pending before this Court is Plaintiff's Motion for an In Person Hearing, filed June 2, 2025. The initial Complaint was filed May 20, 2025. At this time, no proof of service has been filed for any Defendant. While Plaintiff may choose to appear in person at the hearing on August 22, 2025, the Court cannot order Parties to do anything until they have all been properly served.

Therefore, it is this 16th day of June 2025 hereby

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that the Remote Initial Scheduling Conference is scheduled on August 22, 2025 at 9:30 a.m. in Courtroom 212 of the Superior Court of the District of Columbia, 500 Indiana Avenue NW, Washington DC 20001. It is

**FURTHER ORDERED** that the Parties shall appear in person or remotely via WebEx, and Parties may access remote courtroom 212 via WebEx as follows:

WebEx Direct URL (Laptop/App): https://dccourts.webex.com/meet/ctb212
WebEx Phone Toll Free: 844-992-4726
WebEx Meeting ID: 129 440 9070
DC Courts WebEx Site URL: https://dccourts.webex.com

**SO ORDERED.**

Tanya M. Jones Bosier
Associate Judge
Superior Court of the District of Columbia

Copies e-filed and e-served via Odyssey

**Instructions for Remote Hearings by Telephone or Video
Before Judge Tanya M. Jones Bosier (CR 212)**

Remote hearings by telephone or video conferences will be held in a virtual courtroom, which the parties and counsel may access in the following ways:

(1) Dial-in by Phone (Audio Only)
    a. Dial the toll free number: 1-844-992-4726 or 202-860-2110
    b. Enter meeting ID number **129 440 9070**#, press # again to enter session
(2) Laptop/Desktop Webex
    a. Open web browser and enter: https://dccourts.webex.com/meet/ctb212 or go to https://dccourts.webex.com and enter the meeting ID number **129 440 9070**
(3) WebEx App
    a. WebEx Meetings app, opening the app, select Join Meeting, and enter https://dccourts.webex.com/meet/ctb212.

The WebEx platform has video capability, which can be utilized through the website or the app. If you have trouble gaining access to the virtual courtroom, please call the judge's chambers at (202) 879- 8397.

**NOTE: Counsel is required to appear via WebEx video and log in so that their name appears on screen, absent extenuating circumstances that make it necessary for them to appear via telephone, or unless telephonic appearance is approved by Chambers prior to the hearing. All other parties are highly encouraged, but not required, to appear via WebEx video and identify themselves by name.**

Please note the following guidelines for appearing in the virtual courtroom:

(1) When you enter the virtual courtroom (by dialing in on a phone, or signing in through the website or app), you should not attempt to speak because another hearing may be underway. You should be automatically muted by the courtroom clerk when you first arrive. If you are using the WebEx website or the app, you may check in with the courtroom clerk using the "chat" function.  If you are on a telephone, you should wait for your case to be called.
(2) At the check-in time (which is specified in the Order setting the hearing), the courtroom clerk will perform a roll call to determine which parties and counsel are present. The courtroom clerk will then call the matters that are ready.
(3) If parties or counsel "arrive" in the virtual courtroom after roll call, they should not attempt to speak because another hearing may be underway. If they are using the WebEx website or the app, they may check in with the courtroom clerk using the "chat" function. If they are calling in by telephone, they should wait for their case to be called.

If a party or counsel intends to rely on exhibits or other documents during the hearing, the party or counsel shall e-mail the exhibits to the Court at JudgeJonesBosierChamber@dcsc.gov, copying all parties, no later than 5:00 p.m. the day before the hearing. The party or counsel must also file the exhibits on the docket using the Court filing system and provide a copy of the

exhibit to any witness before the hearing. The exhibits must be separately labeled so that they can be easily identified by all parties and the Court during the remote hearing.



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2025-CAB-003222

**Case Style:** Eddie A. Chavez v. Compass Group Inc  et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 08/22/2025 | 9:30 AM | Remote Courtroom 212 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Tanya Jones Bosier.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Milton C. Lee, Jr.

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb212

   Meeting ID: 129 440 9070

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
### (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.



# District of Columbia Courts

# Tips for Using DC Courts Remote



The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**



| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW, 2nd Floor<br>munity Room<br>ington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call:  **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:



**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

FILED
CIVIL DIVISION

JUN 13 2025

Superior Court of the
District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. _2025-CAB-003222_

_Eddie A CHAVEZ_ **VS** _Occasions Caterers_
**Plaintiff**                      **Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Eddie A. CHAVEZ_ _____ under oath do hereby state the following:

That my age and date of birth are as follows: _55 years of Age_
_date of birth is 8/5/1969_

That the residential or business address is: _655 Taylor St NE Washington DC 20017_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant _Occasions Caterers_ _____ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or _____ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the ___7___ day of ___June_____, 20_25_.

If return receipt does not purport to be signed by the parties named in the Summons, then state
specific facts from which the Court's can determine that the person who signed the receipt meets the
appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

## SPECIFIC FACTS:

_Please note person who signed did not print
nonne_

_Eddie A CHAVEZ_
Signature

**Subscribed and sworn before me this** _13th_ **day of** _June_ 20 _25_

Notary/Deputy Clerk

NOTE: A separate Affidavit of Service is required for each named Defendant



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9246 4295 1907 37

United States
Postal Service

42

• Sender: Please print your name, address, and ZIP+4® in this box•

Eddie A. Chavez
8811 Colesville Rd Apt 1117
Silver Spring MD 20910

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 9246 4295 1900 72

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Eddie A. Chavez
8811 Colesville Rd Apt 1117
Silver Spring MD 2910

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Protocol Staffing Services
655 Taylor ST NE
Washington DC 20017

9590 9402 9246 4295 1907 37

2. Article Number (Transfer from service label)

9589 0710 5270 2267 8262 84

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
    ured Mail Restricted Delivery
    er $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OCCASIONs Caterers
655 Taylor ST NE
Washington DC 20017

9590 9402 9246 4295 1900 72

2. Article Number (Transfer from service label)

9589 0710 5270 2267 8262 77

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
    ured Mail
    ured Mail Restricted Delivery
    er $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL DIVISION

JUN 13 2025

Superior Court of the
District of Columbia

Civil Action No. 2025-CAB-003222

_Eddie A CHAVEZ_  VS  _Protocol Staffing Services_
**Plaintiff**                          **Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Eddie A. CHAVEZ_ under oath do hereby state the following:

That my age and date of birth are as follows: _55 years old  8/5/1969_

That the residential or business address is: _655 Taylor St NE (Washington) C 20017_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant _Protocol Staffing Services_ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or _____ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the __7__ day of __June_____, 20 _25_.

If return receipt does not purport to be signed by the parties named in the Summons, then state
specific facts from which the Court's can determine that the person who signed the receipt meets the
appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

## SPECIFIC FACTS:

_Please note person who wrote and signed
did not print out name_

_Eddie A. CHAVEZ_
Signature

**Subscribed and sworn before me this** _13th_ **day of** _June_ ............, 20 _25_

Notary/Deputy Clerk

NOTE:  A separate Affidavit of Service is required for each named Defendant



USPS TRACKING #

9590 9402 9246 4295 1907 37

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

42

• Sender: Please print your name, address, and ZIP+4® in this box•

Eddie A. Chavez
8811 Colesville Rd Apt 1117
Silver Spring MD 20910

USPS TRACKING #

9590 9402 9246 4295 1900 72

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Eddie A. Chavez
8811 Colesville Rd Apt 1117
Silver Spring MD 2910

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Protocol Staffing Services
655 Taylor ST NE
Washington DC 20017

9590 9402 9246 4295 1907 37

2. Article Number (Transfer from service label)

9589 0710 5270 2267 8262 84

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OCCASIONS Caterers
655 Taylor ST NE
Washington DC 20017

9590 9402 9246 4295 1900 72

2. Article Number (Transfer from service label)

9589 0710 5270 2267 8262 77

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **EDDIE A. CHAVEZ,** | **Case No. 2025-CAB-003222** |
| **Plaintiff,** | **Judge Tanya M. Jones Bosier** |
| **v.** | **Next Event: Remote Initial Scheduling** |
| **COMPASS GROUP INC,** *et al.*, | **Conference on August 22,** |
| **Defendants.** | **2025 at 9:30 AM** |

**<u>ORDER DENYING MOTION FOR AN IN-PERSON HEARING</u>**

Pending before this Court is Plaintiff's Motion for an In Person Hearing, filed June 2, 2025.

The initial Complaint was filed May 20, 2025. At this time, no proof of service has been filed for

any Defendant. While Plaintiff may choose to appear in person at the hearing on August 22, 2025,

the Court cannot order Parties to do anything until they have all been properly served.

Therefore, it is this 16th day of June 2025 hereby

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that the Remote Initial Scheduling Conference is scheduled on

August 22, 2025 at 9:30 a.m. in Courtroom 212 of the Superior Court of the District of Columbia,

500 Indiana Avenue NW, Washington DC 20001. It is

**FURTHER ORDERED** that the Parties shall appear in person or remotely via WebEx,

and Parties may access remote courtroom 212 via WebEx as follows:

WebEx Direct URL (Laptop/App): https://dccourts.webex.com/meet/ctb212
WebEx Phone Toll Free: 844-992-4726
WebEx Meeting ID: 129 440 9070
DC Courts WebEx Site URL: https://dccourts.webex.com

1

**SO ORDERED.**

Tanya M. Jones Bosier
Associate Judge
Superior Court of the District of Columbia

Copies e-filed and e-served via Odyssey

**Instructions for Remote Hearings by Telephone or Video
Before Judge Tanya M. Jones Bosier (CR 212)**

Remote hearings by telephone or video conferences will be held in a virtual courtroom, which the parties and counsel may access in the following ways:

(1) Dial-in by Phone (Audio Only)
   a. Dial the toll free number: 1-844-992-4726 or 202-860-2110
   b. Enter meeting ID number **129 440 9070**#, press # again to enter session
(2) Laptop/Desktop Webex
   a. Open web browser and enter: https://dccourts.webex.com/meet/ctb212 or go to https://dccourts.webex.com and enter the meeting ID number **129 440 9070**
(3) WebEx App
   a. WebEx Meetings app, opening the app, select Join Meeting, and enter https://dccourts.webex.com/meet/ctb212.

The WebEx platform has video capability, which can be utilized through the website or the app. If you have trouble gaining access to the virtual courtroom, please call the judge's chambers at (202) 879- 8397.

**NOTE: Counsel is required to appear via WebEx video and log in so that their name appears on screen, absent extenuating circumstances that make it necessary for them to appear via telephone, or unless telephonic appearance is approved by Chambers prior to the hearing. All other parties are highly encouraged, but not required, to appear via WebEx video and identify themselves by name.**

Please note the following guidelines for appearing in the virtual courtroom:

(1) When you enter the virtual courtroom (by dialing in on a phone, or signing in through the website or app), you should not attempt to speak because another hearing may be underway. You should be automatically muted by the courtroom clerk when you first arrive. If you are using the WebEx website or the app, you may check in with the courtroom clerk using the "chat" function.  If you are on a telephone, you should wait for your case to be called.
(2) At the check-in time (which is specified in the Order setting the hearing), the courtroom clerk will perform a roll call to determine which parties and counsel are present. The courtroom clerk will then call the matters that are ready.
(3) If parties or counsel "arrive" in the virtual courtroom after roll call, they should not attempt to speak because another hearing may be underway. If they are using the WebEx website or the app, they may check in with the courtroom clerk using the "chat" function. If they are calling in by telephone, they should wait for their case to be called.

If a party or counsel intends to rely on exhibits or other documents during the hearing, the party or counsel shall e-mail the exhibits to the Court at JudgeJonesBosierChamber@dcsc.gov, copying all parties, no later than 5:00 p.m. the day before the hearing. The party or counsel must also file the exhibits on the docket using the Court filing system and provide a copy of the

exhibit to any witness before the hearing. The exhibits must be separately labeled so that they can be easily identified by all parties and the Court during the remote hearing.



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION

JUN 17 2025

Superior Court of the
District of Columbia

Case No. 2025-(A13-003222

Jurisdiction of this Court is founded on D.C. Code § 11-921.

## COMPLAINT

| | | |
|---|---|---|
| Eddie A. Chavez | | Compass Group USA Inc. |
| PLAINTIFF | vs | DEFENDANT |
| 8811 Colesville Road Apt 1117 | | 655 Taylor Street NE |
| Address (No Post Office Boxes) | | Address (No Post Office Boxes) |
| silver spring    MD    20910 | | washington   DC    20017 |
| City    State    Zip Code | | City    State    Zip Code |
| 202-904-0839 | | 202-546-7400 |
| Telephone Number | | Telephone Number |
| eachavez69@gmail.com | | giancarlo.pozos@compass-usa.com |
| Email Address (optional) | | Email Address (optional) |

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

on 4/30/22 I was injured, 5/4/22 I entered the report on Protocol Staffing Portal page.

I called and left voice messages and emailed Protocol Staffing office employees,and Protocol Director of Booking; also called  Human Resources to get the worker's compensation insurance

policy number, I was ignored, no one called back nor replied my emails until I went to HR office in person, HR said she never received my emails, nor a forwarded mail from Protocol Staffing Services.There has alwasy been clear digital/cellular communication between me and the Defendants,but no communication when I reported my injury.   By 5/13/2022 HR Dorji emailed me the workers compensation claim,

Repeatedly told Captains about injury and requested by phone for management to inform Captains about my injury,  there was passive and aggressive harrassment by co workers,  I was kicked out of events a couple of times for telling Captains I was injured Reported it to HR, never went to a meeting to resolve the situations,almost 9months  without any communication about my reports until June 2023 I was told by HR that they had looked into it, and that everything had been resolved

work hours reduced, my positions had been taken by employees and third party staffing companies hired by Occasions & Protocol Staffing Service

only after my procedure on 4/27/2023  I was only given 6 positions as staff sign in person in May 2023, and 6 position as Captain in late 2022(person in charge of setup-service-break down event) positions

I emailed requesting for copy of injury report  entered in Portal Report, I was ignored, in June 2023 I spoke to HR at Occasions in person  about it she said she was going to take care of it, I never got a report

2.  What relief are you requesting from the Court? Include any request for money damages.

$4,000,000.00 4 million dollars

collateral damages, financial hardship ,distress/stress,anxiety,

3.  State any other information, of which the Court should be aware:

Tried to resolve with EEOC mediator and Compass Group Inc counsel in 7/8/24, S. Mancilla-R Zeigler

EEOC investigated until February of 2025-Mardjon Hedayati

EEOC provided me with a notice of right to sue . Robert Hersey Mindy E. Weinstein

The Defendants probably have inside staff friends and family working as employees and, and hire their selected staffing companies

I request these selected people to be deposed, HR Ms Dorji, Protocol Staffing Director ,Sr Scheduling  Pamela Zeballos,

Network Administrator and other corporate who have been there before 2021-present day

**Til April 2025 I still receive emails from Protocol Staffing/Occasions-making it clear that their same email system work**

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

**DATE**

Subscribed and sworn to before me this _____ / 7 _____ day of _____ June ____ 20 _____

_____

(Notary Public/Deputy Clerk)

2

eFiled
6/25/2025 6:45:16 PM
Superior Court
of the District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**EDDIE A. CHAVEZ,**

       *Plaintiff,*

v.                                                        **Civil Action No. 2025-CAB-003222**

**COMPASS GROUP INC., et al.**

       *Defendants.*

### CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Compass Group USA, Inc. ("Defendant"), by and through undersigned counsel, and with consent of the Plaintiff, requests that the Court extend its deadline to Answer or Otherwise Respond to Plaintiff's Complaint by twenty-one (21) days for the following reasons:

1.      On May 20, 2025, Plaintiff initiated the instant litigation.

2.      Defendant was served the Complaint on June 5, 2025, via certified mail, despite the plaintiff not having served the process server. Assuming that service is proper, the Defendant's answer is due on or before June 26, 2025.

3.      Defendant requires additional time to investigate the allegations in the Complaint due to Defendant's counsel recently returning to the country and, upon return, being retained by Defendant.

4.      Defendant's counsel contacted Plaintiff, who at this time is proceeding pro se, via email on June 22, 2025, asking for consent to receive an extension, to which Plaintiff consented on June 25, 2025.

5.      Thus, Defendant respectfully requests an additional twenty-one (21) days until July 17, 2025, to Answer or Otherwise Respond to the Complaint, permitting it to investigate the claims and respond to Plaintiff's allegations.

6.      This is the first extension requested in connection with this filing and is being made in good faith, in the interest of justice, and not for the purpose of delay.

Dated:  June 25, 2025                    Respectfully submitted,


                                         */s/ D'Ontae Silvertooth*
                                         D'Ontae Silvertooth, D.C. Bar No. 1644187
                                         OGLETREE, DEAKINS, NASH,
                                          SMOAK & STEWART, P.C.
                                         1909 K Street NW, Suite 1000
                                         Washington, DC 20006
                                         Telephone:  202-887-0855
                                         Facsimile:  202-887-0866
                                         dontae.sylvertooth@ogletree.com

                                         *Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk of the Court and sent a copy via U.S. mail and electronic communication as a courtesy to:

Eddie A. Chavez
8811 Colesville Rd, APT 1117
Silver Spring, MD 20910
Tel.:  (202) 904-0839
Eachavez69@gmail.com

*Pro Se Plaintiff*

                                         Respectfully submitted,


                                         */s/ D'Ontae Silvertooth*
                                         D'Ontae Silvertooth, D.C. Bar No. 1644187

2

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

**EDDIE A. CHAVEZ,**

        *Plaintiff*,

**v.**

**COMPASS GROUP INC., et al.**

        *Defendants*.

**Civil Action No. 2025-CAB-003222**

### [PROPOSED] ORDER

Upon consideration of Defendant Compass Group USA, Inc.'s Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint by twenty-one (21) days, it is hereby ORDERED that such Motion should be, and is hereby, GRANTED. Defendant must Answer or Otherwise Respond to Plaintiff's Complaint on or before July 17, 2025.

SO ORDERED this _____ day of _____, 2025.

_____
Superior Court Judge
Superior Court of the District of Columbia